# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Hollis J. Larson, | Case No. 13-cv-1074 (JRT/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| The Minnesota Sex Offender Program, et al., | |
| Defendants. | |

The Court previously directed the Clerk of Court to seek waivers of service from each Defendant sued in his or her personal capacity, consistent with Rule 4(d) of the Federal Rules of Civil Procedure (ECF No. 71). More than 30 days have passed since waivers of service were requested but Defendants have not yet signed and returned the waiver of service forms. (*See* ECF No. 79). Accordingly, the Court directs the U.S. Marshals Service to effect service of process upon each Defendant sued in his or her personal capacity. The Court previously warned, "[i]f a Defendant fails without good cause to sign and return a waiver within 30 days of the date that waiver is mailed, the Court will impose upon that Defendant the expenses later incurred in effecting service of process." (ECF No. 71 ¶ 3.) Upon effecting service of process, the Court directs the U.S. Marshals Service to submit to the Court its reasonable expenses incurred in making service. Absent a showing of good cause in declining to waive service of process, the Court will order Defendants to reimburse the U.S. Marshals Service for those expenses. *See* Fed. R. Civ. P. 4(d)(2). Defendants may avoid imposition of the costs of service by signing and returning the waivers before service of process is effected.

**IT IS SO ORDERED.**

Dated:  March 9, 2023                          *s/ Dulce J. Foster*
                                               DULCE J. FOSTER
                                               United States Magistrate Judge