# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Hollis J. Larson, | Case No. 13-cv-1074 (JRT/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| The Minnesota Sex Offender Program, et al., | |
| Defendants. | |

On March 9, 2023, the Court ordered the U.S. Marshals Service to effect service of process upon each Defendant sued in his or her personal capacity because those Defendants failed to timely sign and return waiver of service forms. (*See* ECF No. 82.) The Court advised that absent a showing of good cause in declining to waive service of process, Defendants would be required to reimburse the U.S. Marshals Service for its reasonable expenses incurred in making service. (*Id.*) The Court further advised that Defendants could avoid imposition of the costs of service by signing and returning the waivers before service of process was effected. (*Id.*)

Later on March 9, 2023, Defendants Minnesota Sex Offender Program, Lucinda Jesson, Cal Ludeman, Dennis Benson, Erik Skon, Scott Benoit, Tim Gorr, David Bornus, Janine Herbert, Lou Stender, Nancy Johnston, Terry Kneisel, Steve Sajdak, Susan Johnson, Laurie Severson, Dan Storkamp, David Paulson, Scott Sutton, Ann Linkert (formerly Ann Zimmerman), Phil Wilder, Kevin Moser, Elizabeth Barbo, Tom Lundquist, Debbie Thao, Marie Skalko, Teresa Knies, Tara Osborne, Julianna Beavens, Joanne Christenson, Blake Carey, Thane Murphy, David Ferrian, Anita Moonen, Julie Rose, and Brian Ninneman, in their official and individual capacities, (collectively, "Waiving Defendants") effectively waived service of process. (*See* ECF No. 84-1.)

1

The Court therefore directs the U.S. Marshals Service *not* to effect service of process on the Waiving Defendants. If the U.S. Marshals Service has already effected service of process on the Waiving Defendants, they remain liable for the costs, consistent with the Court's prior Order (ECF No. 82). The Court's order to the U.S. Marshals Service to effect service on defendants in their personal capacities (ECF No. 82) remains in full force and effect as to all other defendants.

**IT IS SO ORDERED.**

Dated:  March 10, 2023                              *s/ Dulce J. Foster*
                                                    DULCE J. FOSTER
                                                    United States Magistrate Judge